UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20309-CR-UNGARO

UNITED STATES OF AMERICA,

vs.

ALEXANDRA CANNADAY,

        Defendant.
_____/

## ORDER REQUIRING GOVERNMENT RESPONSE

THIS CAUSE is before the Court on Defendant's Motion for Reconsideration of the Magistrate Judge's Order of Pretrial Detention. (D.E. 31.) The Court, having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Government shall file a response to Defendant's motion by June 19, 2008.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of June, 2008.

                                        URSULA UNGARO
                                        UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record